THE TRAVELERS INSURANCE COMPANY, Appellant, v. THEODORE R. SPIRO, Respondent.— Judgment affirmed, with costs. No opinion. Present— Dowling, P. J., Merrell, Finch, McAvoy and O'Malley, JJ.

MINNIE HUTH, Appellant, v. F. W. WOOLWORTH & COMPANY, a Domestic Corporation, Respondent.*— Order reversed, with costs and disbursements, and the verdict reinstated. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and O'Malley, JJ.; Merrell, J., dissents.

JOHN McCUE, Respondent, v. UNITED STATES TRUCKING CORPORATION, Appellant.— Judgment affirmed, with costs. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and O'Malley, JJ.

S. & W. SHIRT Co., INC., Appellant, v. GLOBE AND RUTGERS FIRE INSURANCE COMPANY, Respondent.— Judgment affirmed, with costs. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and O'Malley, JJ.

COMMERCIAL CASUALTY INSURANCE COMPANY v. CAPITAL CITY SURETY COMPANY and Others, Impleaded with ISIDOR FEDER and Another.— Motion granted as stated in order. Present — Dowling, P. J., Finch, McAvoy, Martin and Proskauer, JJ.

MACFADDEN PUBLICATIONS, INC., v. B. L. McFADDEN, INC., and Another.— Motion granted. Present — Dowling, P. J., Finch, McAvoy, Martin and Proskauer, JJ.

THEOLA B. BOUTON v. SAMUEL P. BOUTON.— Motion granted on condition that the appeal be brought on for hearing on November 16, 1928, and argued or submitted on that day; failing which, motion denied, with ten dollars costs and stay vacated. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

LOPHIL HOLDING CORPORATION, Respondent, v. CHOICE BUILDING CORPORATION and Others, Appellants.— Order reversed, with ten dollars costs and disbursements, and motion granted, with ten dollars costs. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.; Finch and O'Malley, JJ., dissent.

LOPHIL HOLDING CORPORATION, Respondent, v. CHOICE BUILDING CORPORATION and Others, Appellants.— Order reversed, with ten dollars costs and disbursements, and motion granted. The date for the examination to proceed to be fixed in the order. No opinion. Settle order on notice. Present— Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.; Finch and O'Malley, JJ., dissent.

SPENCER, WHITE & PRENTIS, INC., Respondent, v. 233 EAST 94TH STREET, INC., Appellant.— Order modified by confining the examination to items 4, 5 and 6, and directing the appearance for examination of defendant's president and secretary, with leave to plaintiff to issue a subpœna for the appearance of defendant's treasurer at a future time if his examination should become necessary. No opinion. The date for the examination to proceed to be fixed in the order. Settle order on notice. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

JOHN M. RIEHLE, as Receiver in Equity, etc., Respondent, v. AUGUST JANSSEN and Others, Defendants, Impleaded with LEON C. WEINSTOCK and Others, Appellants.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

In the Matter of the Arbitration between JOSEPH ERMOLIEFF, Appellant, and

* Affd., 250 N. Y. 577.